[No. 17146. Department Two. June 26, 1922.]

NICHOLAS BARBARE *(doing business as Barbare Brothers Boat Building Department)*, Respondent, v. JOHN MIHICH *et al., Appellants.*[1]

Appeal from a judgment of the superior court for King county, Smith, J., entered July 1, 1921, upon findings in favor of the plaintiff, in an action on contract, tried to the court. Affirmed.

*Allen & Griffith* and *Chas. P. Murphy*, for appellants.

*Wright, Kelleher, Allen & Hilen* and *B. F. Jacobs*, for respondent.

PER CURIAM.—This appeal is prosecuted only by appellant Mihich, no bond having been given and filed on behalf of Mezich.

There is nothing involved but a question of fact.

Mihich and Mezich contracted for the construction of one boat by respondent, and about the same time one Nezich contracted for the construction of another. The names all look very much alike on paper. Nezich sent respondent a payment upon his boat, which respondent's bookkeeper first credited to Mihich and Mezich, and later was compelled to undo when he attempted to collect from Nezich, who promptly proved his payment. A receipt showing full payment was given Mihich and Mezich, which later was repudiated by respondent to the extent of $1,000.

Appellant claims payment by cash in March, 1920. The trial court found otherwise on the evidence, and the testimony sustains the finding.

Affirmed.

---

[No. 17288. *En Banc.* July 7, 1922.]

JOHN P. DUKE, *as Supervisor of Banking*, Respondent, v. W. R. BURKE *et al., Appellants.*[2]

Appeal from a judgment of the superior court for King county, Ronald, J., entered March 9, 1922, in favor of the plaintiff, upon sustaining a demurrer to the answer, in an action to enforce the superadded liability of a stockholder of an insolvent bank. Affirmed.

*Alexander, Bundy & Swale*, for appellants.

*W. V. Tanner* and *John P. Garvin*, for respondent.

MACKINTOSH, J.—What we have said in the case of *Duke v. Force, ante* p. 599, 208 Pac. 67, disposes of all the issues raised in this case, and for the reasons there stated, the judgment here is affirmed.

PARKER, C. J., BRIDGES, MAIN, HOLCOMB, TOLMAN, MITCHELL, and HOVEY, JJ., concur.

[1]Reported in 207 Pac. 1118.
[2]Reported in 208 Pac. 77.